

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00067-CR

**LEXINGTON LAINE MCFARLAND,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the County Court at Law No. 2
### McLennan County, Texas
### Trial Court No. 20170032CR2

## ABATEMENT ORDER

Appellant, Lexington Laine McFarland, was convicted of driving while intoxicated. *See* TEX. PENAL CODE ANN. § 49.04 (West 2011). The Clerk's record in this appeal has been filed. It reflects that appellant was represented by counsel at trial but that trial counsel was permitted to withdraw from representing McFarland. We do not know whether new counsel has been appointed or retained to represent McFarland on appeal.

Accordingly, this appeal is abated to the trial court to determine whether: 1) McFarland is indigent; 2) the court will appoint new counsel for McFarland; or 3) McFarland will hire new counsel or represent himself on appeal. *See* TEX. CODE CRIM. PROC. ANN. arts. 1.051, 26.04 (West 2005 & 2009). If necessary, a hearing to make these determinations should be held within 14 days from the date of this order. The Clerk's and Reporter's Records containing the trial court's written or oral findings and rulings, if any, are ordered to be filed within 28 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
         Justice Davis, and
         Justice Scoggins
Appeal abated
Order issued and filed March 28, 2018

